**Fill in this information to identify the case:**

Debtor 1: Ann Elizabeth Nadeau

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern   District of TX (State)

Case number: 18-32958-sgj13

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 1 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | 2/7/2019 | (3) $ 500.00 |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: Property Taxes | 1/8/2019 | (11) $ 15,469.32 |
| 12. Other. Specify: _____ | | (12) $ _____ |
| 13. Other. Specify: _____ | | (13) $ _____ |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Ann Elizabeth Nadeau**
       First Name   Middle Name   Last Name

Case number (*if known*) 18-32958-sgj13

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle R. Ghidotti-Gonsalves
   Signature

Date 5/17/2019

Print: Michelle R. Ghidotti-Gonsalves
      First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Ghidotti|Berger LLP

Address: 1920 Old Tustin Avenue
       Number   Street
Santa Ana, CA 92705
       City   State   ZIP Code

Contact phone (949) 427-2010

Email: mghidotti@ghidottiberger.com

## The Law Offices of Michelle Ghidotti

5120 E. La Palma Avenue, Suite 206

Anaheim Hills, CA 92807 0000

Phone No: (949) 354-2601

Fax No: (949) 200-4381

### Bankruptcy - Bankruptcy Services - INVOICE

| | |
|---|---|
| BSI Financial Services Inc. | |
| Bob Jablonski | |
| 1425 Greenway Drive | |
| Irving, TX 75038 | |
| Re: STEPHEN GERARD NADEAU | |
| 900 BRISTOL CT | |
| SOUTHLAKE, TX 76092 | |
| Loan #: Redacted | |
| Loan Type: Conventional | |
| Inv. ID / Cat. ID: Redacted | |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | |
| GSE REO Rem. Code: | |
| Original Mortgage Amount: $0.00 | |
| Litigation Status Code: | |
| Man Code: | |
| BK Case No: 18-32958 | |
| BK Chapter: 13 | |

| | |
|---|---|
| Invoice #: | Nadeau-23371 |
| Invoice Status: | Check Confirmed |
| Input By: | Heidi Montalvo |
| Date Submitted: | 2/22/2019 |
| Invoice Date: | 2/22/2019 |
| Vendor Ref #: | |
| Vendor Code: | GHIDLAW |
| Payee Code: | Redacted |
| Type: | Non Judicial |
| Referral Date | 10/1/2018 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal HiType | N/A |
| Class Code | |

Invoice ID: Redacted
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/22/2019 | 5/8/2019 | 5/8/2019 | 2/22/2019 | 2/25/2019 | 2/25/2019 | 2/26/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Prepare Objection to Chap.13 Plan | | 02/07/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |
| **Note: Recoverable - Flat Fee - Plan Objection Ch 13** | | | | | | | |
| | | | | | $500.00 | $0.00 | $500.00 |
| **Total:** | | | | | $500.00 | $0.00 | $500.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

Execution Date Time: 05/08/2019 11:03:40 AM                                                                                              Pages: 1/ 5

Case 18-32058-sgj13 Doc 1 Filed 05/17/19 Entered 05/17/19 14:58:05 Page 4 of 6



**WENDY BURGESS**
tax@TarrantCounty.com
100 E. Weatherford, Fort Worth, TX 76196
(817) 884-1100
e-mail:taxoffice@tarrantcounty.com
web:www.tarrantcounty.com

**TARRANT COUNTY TAX ASSESSOR-COLLECTOR**

Facebook.com/TarrantCountyTAC

## 2018 TAX STATEMENT

**e-STATEMENT**

IN GOD WE TRUST

V1.10

MasterCard  VISA  AMERICAN EXPRESS  DISCOVER

Visit our website for online credit card and eCheck payments
Pay by phone at 817-884-1110

**DATE:** 05/08/2019
Redacted

| LEGAL: | STONE LAKES ADDITION BLOCK 8 LOT 81 |
| --- | --- |
| OWNER: | NADEAU ANN ELIZABETH |
| PARCEL ADDRESS: | 0000900 BRISTOL CT |
| EXEMPTIONS: | HS001 |

| LAND VALUE 150,000 | IMPROVEMENT VAL 528,115 | APPRAISED VAL 678,115 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| TAXING ENTITIES | APPRAISED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | TAXES DUE CURRENTLY |
| SOUTHLAKE CITY | 678,115 | 135,623 | 542,492 | 0.447000 | 2424.94 | 0.00 |
| TARRANT COUNTY | 678,115 | 0 | 678,115 | 0.234000 | 1586.79 | 0.00 |
| T C HOSPITAL | 678,115 | 0 | 678,115 | 0.224429 | 1521.89 | 0.00 |
| T C COLLEGE | 678,115 | 0 | 678,115 | 0.136070 | 922.71 | 0.00 |
| CARROLL ISD | 678,115 | 25,000 | 653,115 | 1.380000 | 9012.99 | 0.00 |
| | | | | TOTAL TAXES | 15,469.32 | 0.00 |

**TOTAL AMOUNT DUE** **0.00**
INCLUDES PAYMENTS RECEIVED

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

---

**\*\*YOUR CHECK WILL BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER\*\***

------------------------------------------------------------------------------------------

NADEAU ANN Elizabeth
Redacted

**RETURN WITH PAYMENT**

**PAY THIS AMOUNT**
**$0.00**
Delinquent after: 1/31/2019

| IF PAID IN | AMOUNT DUE |
| --- | --- |
| JUN | 0.00 |
| JUL | 0.00 |

Make checks payable to:
WENDY BURGESS. TAX-ASSESSOR-COLLECTOR
PO BOX 961018
FORT WORTH TX 76161-0018

Redacted

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| In Re: ) | CASE NO.: 18-32958-sgj13 |
| ) | |
| Ann Elizabeth Nadeau, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | **CERTIFICATE OF SERVICE** |
| ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On May 17, 2019 I served the following documents described as:

- **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Ann Elizabeth Nadeau<br>900 Bristol Court<br>Southlake, TX 76092 | **Trustee**<br>Thomas Powers<br>105 Decker Court, Ste 1150<br>Irving, TX 75062 |
|---|---|
| **Debtor's Counsel**<br>Marcus B. Leinart<br>Leinart Law Firm<br>11520 N. Central Expressway<br>Suite 212<br>Dallas, TX 75243 | **U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 17, 2019 at Santa Ana, California

/s / Enrique Alarcon
Enrique Alarcon

2
CERTIFICATE OF SERVICE