**Fill in this information to identify the case:**

Debtor 1: Ann Elizabeth Nadeau

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of TX
(State)

Case number: 18-32958-sgj13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 1 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 11/06/18 | (5) | $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

# The Law Offices of Michelle Ghidotti

5120 E. La Palma Avenue, Suite 206

Anaheim Hills, CA 92807 0000

Phone No:  (949) 354-2601

Fax No:  (949) 200-4381

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| BSI Financial Services Inc. | | Invoice #: | Nadeau - 20826 |
| Bob Jablonski | | Invoice Status: | Check Confirmed |
| 1425 Greenway Drive | | Input By: | Ariel Del Pinto |
| Irving, TX 75038 | | Date Submitted: | 12/7/2018 |
| Re: | STEPHEN GERARD NADEAU | Invoice Date: | 12/7/2018 |
| | 900 BRISTOL CT | Vendor Ref #: | |
| | SOUTHLAKE. TX 76092 | Vendor Code: | GHIDLAW |
| Loan #: | Redacted | | |
| Loan Type: | Conventional | Payee Code: | 2245176 |
| Inv. ID / Cat. ID: | 04668  /  04668 | Type: | Non Judicial |
| Cost Center: | | Referral Date | 10/1/2018 |
| CONV Case No: | | | |
| GSE Code: | | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal HiType | N/A |
| Original Mortgage Amount: | $0.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | | | |
| BK Case No: | 18-32958 | | |
| BK Chapter: | 13 | | |

| | |
|---|---|
| Invoice ID: | 244070683 |
| Asset Number: | |
| Outsourcer: | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/7/2018 | | | 12/7/2018 | 12/17/2018 | 12/17/2018 | 12/18/2018 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 11/06/2018 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |

**Note: Recoverable - Flat Fee - Preparation and Filing of Proof of Claim, including preparation of attachment B410A**

| | | | | |
|---|---|---|---|---|
| | | $550.00 | $0.00 | $550.00 |

| | | | | |
|---|---|---|---|---|
| **Total:** | | $550.00 | $0.00 | $550.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

Debtor 1  **Ann Elizabeth Nadeau**
　　　　　First Name　Middle Name　Last Name

Case number (*if known*) 18-32958-sgj13

---

**Part 2:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves
　Signature

Date 6 / 10 / 2019

Print:  Michelle　R.　Ghidotti-Gonsalves
　　　　First Name　Middle Name　Last Name

Title Authorized Agent

Company  Ghidotti|Berger LLP

Address  1920 Old Tustin Avenue
　　　　　Number　Street
　　　　　Santa Ana　　　　　　CA　　92705
　　　　　City　　　　　　　　　State　ZIP Code

Contact phone (949) 427 – 2010

Email mghidotti@ghidottiberger.com

---

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| In Re: | ) | CASE NO.: 17-20182 |
|---|---|---|
| Ann Elizabeth Nadeau, | ) | CHAPTER 13 |
| Debtor. | ) | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 10, 2019 I served the following documents described as:

- **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Ann Elizabeth Nadeau<br>900 Bristol Court<br>Southlake, TX 76092 | **Trustee**<br>Thomas Powers<br>105 Decker Court, Ste 1150<br>Irving, TX 75062 |
|---|---|
| **Debtor's Counsel**<br>Marcus B. Leinart<br>Leinart Law Firm<br>11520 N. Central Expressway<br>Suite 212<br>Dallas, TX 75243 | **U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2019 at Santa Ana, California

/s/ *Enrique Alarcon*
Enrique Alarcon

2
CERTIFICATE OF SERVICE