Fill in this information to identify the case:

Debtor 1  Ann Elizabeth Nadeau

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas

Case number  18-32958-sgj13

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account:  0 9 1 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | 9/26/2019 | (9) | $ 582.00 |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Ann    Elizabeth    Nadeau**
        First Name   Middle Name   Last Name

Case number *(if known)* 18-32958-sgj13

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Kristin A. Zilberstein
Signature

Date 10/28/2019

Print: Kristin    A.    Zilberstein
      First Name  Middle Name  Last Name

Title Authorized Agent for Secured Creditor

Company   Ghidotti Berger LLP

Address   1920 Old Tustin Ave.
      Number   Street
Santa Ana    CA    92705
City    State    ZIP Code

Contact phone  (949) 427-2010

Email  bknotifications@ghidottiberger.com

**CERTIFICATE OF SERVICE**

On October 28, 2019, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Marcus B. Leinart
ecf@leinartlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi

On October 28, 2019, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR | TRUSTEE |
|---|---|
| Ann Elizabeth Nadeau | Thomas Powers |
| 900 Bristol Court | 105 Decker Court, Ste 1150 |
| Southlake, TX 76092 | Irving, TX 75062 |
|  | U.S. TRUSTEE |
|  | United States Trustee |
|  | 1100 Commerce Street |
|  | Room 976 |
|  | Dallas, TX 75242 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi